MRS. W. L. HUTCHISON, CHARLES L. HUTCHISON AND WIFE, GLADYS S. HUTCHISON, PLAINTIFFS, v. CAROLINA AND SOUTHERN PROCESSING COMPANY, DEFENDANT.

(Filed 24 September, 1958.)

**Injunctions § 4b—**

Order denying application for a temporary order restraining defendant from continuing to operate its plant on lands contiguous to lands owned by plaintiffs, demanded on the ground that such operation constituted a nuisance, affirmed on authority of *Huskins v. Hospital*, 238 N.C. 357.

PARKER, J., not sitting.

APPEAL by plaintiffs from *Dan K. Moore, J.*, April Term, 1958, of GASTON.

Civil action wherein plaintiffs allege that the operation of defendant's processing plant constitutes a nuisance; and plaintiffs seek (1) damages, and (2) a permanent injunction to abate the alleged nuisance.

After notice and hearing, the court signed an order denying plaintiffs' application for "a temporary order . . . restraining the defendant . . . from continuing to operate its plant and maintain such nuisance on the land contiguous to the land of these plaintiffs . . ."

Plaintiffs' appeal is based upon their exception to this interlocutory order.

*Hugh W. Johnston, for plaintiffs, appellants.*

*Sidney J. Stern and Mullen, Holland & Cooke for defendant, appellee.*

PER CURIAM. The affidavits offered and considered at the hearing afforded sufficient factual basis for the court, in its discretion, to deny plaintiffs' application that defendant be restrained pending final determination of the cause. Hence, the order is affirmed.

The applicable legal principles are fully stated in *Huskins v. Hospital*, 238 N.C. 357, 78 S.E. 2d 116.

Affirmed.

PARKER, J., not sitting.